ACCEPTED
03-15-00427-CV
7686357
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 3:42:22 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00427-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 3:42:22 PM
JEFFREY D. KYLE
Clerk

In the Court of Appeals
for the Third Judicial District
Austin, Texas

_____

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS, AND
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants,*

v.

AUTOHAUS LP, LLP,
*Appellee.*

_____

On Appeal from the 419th Judicial District Court
Travis County, Texas

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

_____

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 36.8(d), Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas (hereinafter collectively "Appellants"), move to extend the time to file the appellants' brief, by thirty (30) days, from the current deadline of Wednesday, November 4, 2015, to a proposed new deadline of Friday, December 4, 2015.

I.

Appellants have received no prior extensions of time to file their brief.

II.

The Appellants' brief is currently due November 4, 2015. Appellants seek an additional 30 days to file their brief, which would extend the deadline to December 4, 2015.

III.

This extension is necessary because during the current 30-day period for preparing appellant's brief, appellant's counsel has been responsible for:

(1) filing a plea to the jurisdiction in *City of Austin v. Travis Central Appraisal District, Glen Hegar, Comptroller of Public Accounts for the State of Texas, et al.,* No. D-1-GN-15-003492, pending in the 126th Judicial District of Travis County, Texas;

(2) filing a corrected administrative record, notice of the same, and responses to two motions for sanctions filed by the *pro se* plaintiff in *Chase Carmen Hunter v. David Mattax, in his Official Capacity as Commissioner of Insurance for the State of Texas, and the Texas Department of Insurance*, No. D-1-GN-13-002576, pending in the 200th Judicial District of Travis County, Texas;

(3) filing responses to *pro se* appellant's Emergency Motion for Clarification of the Record and to appellant's Objection to appellees' response in *Chase Carmen Hunter v. David Mattax, in his Official Capacity as Commissioner of Insurance for the State of Texas, and the Texas Department of Insurance*, No. 03-14-00737-CV, pending in this Court;

(4) assisting with the preparation of oral argument in *In re Steven C. Phillips*, No. 14-0797, pending in the Texas Supreme Court (argued by Lesli Ginn on November 3, 2015); and

2

(5) preparing and filing the brief of Appellees Eleanor Kitzman, Julia Rathgeber, and the Texas Department of Insurance, in *Chase Carmen Hunter v. Jay Bradford, Individually and in his Official Capacity as Commissioner of Insurance for Arkansas, Eleanor Kitzman, Individually and in her Official Capacity as Commissioner of Insurance for Texas, Julia Rathgeber, Individually and in her Official Capacity as Commissioner of Insurance for Texas, and the Texas Department of Insurance, et al.* in No. 15-1811, pending in the United States Court of Appeals for the Eighth Circuit.

IV.

Appellee does not oppose this motion for extension of time.

**CONCLUSION**

For the foregoing reasons, Appellants Glenn Hegar, Comptroller of Public Accounts for the State of Texas, and Ken Paxton, Attorney General for the State of Texas, respectfully request that the Court grant this motion and extend the deadline for filing Appellants' brief to Friday, December 4, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

LESLI G. GINN
Division Chief
Financial Litigation and Charitable Trusts Division

*/s/ Cynthia A. Morales*
CYNTHIA A. MORALES
Assistant Attorney General
Financial Litigation and Charitable Trusts Division
State Bar No. 14417420
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4470
Telecopier: (512) 477-2348
cynthia.morales@texasattorneygeneral.gov

*Counsel for Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas*

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Counsel for Appellee, Alex Pilawski, regarding the foregoing motion, and he advised that Appellee is not opposed to the foregoing motion.

/s/ Cynthia A. Morales
Cynthia A. Morales, Assistant Attorney General

**CERTIFICATE OF SERVICE**

On November 4, 2015, this *Unopposed Motion for Extension of Time to File Appellants' Brief* was served via File & ServeXpress and/or email on:

David E. Colmenero/Alex Pilawski
MEADOWS, COLLIER, REED, COUSINS,
CROUCH & UNGERMAN, L.L.P.
dcolmenero@meadowscollier.com

/s/ Cynthia A. Morales
Cynthia A. Morales, Assistant Attorney General